IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-00021 |
| | § | |
| $24,540,731.64 IN U.S. CURRENCY | § | DEFENDANT PROPERTY |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its United States Attorney and the undersigned Assistant U.S. Attorney for the Eastern District of Texas, brings this Verified Complaint for Forfeiture in rem, in accordance with Rule G(2) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions ("the Supplemental Rules") and the Federal Rules of Civil Procedure, and alleges as follows:

## NATURE OF THE ACTION

1.     This is an action by the United States seeking forfeiture of funds seized from 9 bank accounts—listed below as the "Defendant Property"—which was involved in or constitutes the proceeds of a fraud scheme perpetrated by Syed Ali Hussain and co-conspirators, both known and unknown.   The Defendant Property is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C), on the grounds that they represent property which constitutes or is derived, directly or indirectly, from proceeds traceable to 18 U.S.C. §§ 1343 (wire fraud), 1347 (health care fraud), 1349 (wire fraud conspiracy and health care fraud conspiracy), and 1956 (money laundering and conspiracy to commit

**Verified Complaint for Forfeiture *in Rem* - Page 1**

money laundering), or was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 18 U.S.C. §§ 1956.

## THE DEFENDANTS *IN REM*

| Asset ID | Asset Description |
| --- | --- |
| 23-USS-000576 | $20,891,779.86 seized from Bank of America account x2344, held in the name of Syed Ali Hussain, on July 24, 2023 |
| 23-USS-000575 | $3,115,459.30 seized from Bank of America account x3949, held in the name of Syed Ali Hussain, on August 4, 2023 |
| 23-USS-000579 | $200,000.00 seized from Comerica Bank account x7626, held in the name of Aan Rags Inc., on August 11, 2023 |
| 23-USS-000578 | $115,000.00 seized from First-Citizens Bank and Trust account x6674, held in the name of Infinite Rags Exports, on August 16, 2023 |
| 23-USS-000580 | $95,000.00 seized from East West Bank account x2827, held in the name of American Used Clothing Inc., on September 5, 2023 |
| 23-USS-000577 | $31,041.74 seized from Bank of America account x0451, held in the name of Fast Practice Innovations LLC, on October 3, 2023 |
| 24-USS-000500 | $46,255.44 seized from Bank of America account x0896, held in the name of Syed Ali Hussain, on October 3, 2023 |
| 24-USS-000501 | $44,775.00 seized from PNC Bank account x0844, held in the name of United Rags Recycler LLC, on December 15, 2023 |
| 24-USS-000502 | $1,420.30 seized from PNC Bank account x5923, held in the name of Zoya Wireless Inc., on December 15, 2023 |

These assets were seized by the United States Secret Service ("USSS"), pursuant to federal seizure warrants.

**Verified Complaint for Forfeiture *in Rem* - Page 2**

## JURISDICTION AND VENUE

2. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture *in rem* under 28 U.S.C. § 1355.

3. Venue is proper in the Plano Division of the Eastern District of Texas pursuant to 28 U.S.C. §§ 1355(b)(1)(A) and 1395(a), because the acts and/or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. §§ 1395(b) and (c), because the Defendant Property was found in and/or brought into this District.

## BASIS FOR FORFEITURE

4. The Defendant Property is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C), on the grounds that they represent property which constitutes or is derived, directly or indirectly, from proceeds traceable to 18 U.S.C. §§ 1343 (wire fraud), 1347 (health care fraud), 1349 (wire fraud conspiracy and health care fraud conspiracy), and 1956 (money laundering and conspiracy to commit money laundering), or was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 18 U.S.C. §§ 1956.

5. Section 981(a)(1)(A) of Title 18, United States Code makes subject to forfeiture "[a]ny property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957, or 1960 of the title, or any property traceable to such property."

7. Section 981(a)(1)(C) of Title 18, United States Code makes subject to forfeiture "[a]ny property … which constitute or is derived from proceeds to … any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), [which includes mail fraud] or a conspiracy to commit such offense."

## FACTS AND CIRCUMSTANCES

8. A detailed account of the facts and circumstances supporting the seizure and forfeiture of the Defendant Property is set out in USSS Special Agent Stuart Siegel's declaration, attached hereto as Exhibit "A" and incorporated herein by reference.

## CLAIM FOR RELIEF
(18 U.S.C. § 981(a)(1)(A) and (C))

12. Paragraphs 1 through 11 above are incorporated by reference as if fully set forth herein.

13. The Defendant Property constitutes property involved in violations of 18 U.S.C. §§ 1343 (wire fraud), 1347 (health care fraud), 1349 (wire fraud conspiracy and health care fraud conspiracy), and 1956 (money laundering and conspiracy to commit money laundering) and property traceable, constituting, or derived from proceeds traceable to a violation (or conspiracy to commit a violation) of any "specified unlawful activity" defined by 18 U.S.C. § 1956(c)(7), and is therefore forfeitable to the United States of America under 18 U.S.C. § 981(a)(1)(A) and (C).

RESPECTFULLY SUBMITTED, this the 6th day of January 2026,

        Respectfully submitted,

        JAY R. COMBS
        UNITED STATES ATTORNEY

        */s/ Kevin McClendon*
        KEVIN MCCLENDON
        Assistant United States Attorney
        State Bar No. 13408620
        101 East Park Blvd. Suite 500
        Plano, Texas 75074
        Tel:   (972) 509-1201
        Fax:  (972) 509-1209
        Email: Kevin. McClendon@usdoj.gov

## VERIFICATION

I, Stuart Siegel, hereby verify and declare under penalty of perjury that I am a USSS Special Agent, that I have read the foregoing Verified Complaint for Forfeiture in rem and know the contents thereof, and that the matters contained in the Verified Complaint for Forfeiture in rem are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States of America, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a USSS Special Agent.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this, the 5th day of January 2026,

_____
Stuart Siegel
Special Agent
United States Secret Service